Electronically Filed
 Supreme Court
 SCWC-29670
 23-FEB-2011
 03:25 PM
 SCWC-29670

 IN THE SUPREME COURT OF THE STATE OF HAWAI'I

 STATE OF HAWAI'I, Respondent-Plaintiff-Appellee,

 vs.

 FRANKO CHOSA, aka Roy Joseph, Respondent-Defendant-Appellee,

 and

 FREEDOM BAIL BONDS, Petitioner-Surety/Movant-Appellant.

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

 (CR. NO. 08-1-1254)

 ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI

 (By: Nakayama, J., for the court1

 )

 Petitioner’s application for writ of certiorari filed

on January 13, 2011, is hereby rejected.

 DATED: Honolulu, Hawai'i, February 23, 2011.

 FOR THE COURT:

 /s/ Paula A. Nakayama 

 Associate Justice

Richard D. Gronna

for petitioner on the

application

Delanie D. Prescott-Tate,

Deputy Prosecuting Attorney,

for respondent on the response

 1
 Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and

Circuit Judge Trader, assigned by reason of vacancy.